IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT SPARKS | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-469-N |
| | § | (Death Penalty Case) |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

By separate Order of this same date, the Court has denied Robert Sparks' Amended

Petition for Writ of Habeas Corpus.  It is, therefore, ordered that the claims in that petition

are dismissed with prejudice.  All relief not expressly granted is denied.  This is a final

judgment.

SIGNED March 27, 2018.


_____
David C. Godbey
United States District Judge

FINAL JUDGMENT – SOLO PAGE