June 29, 2019
Page 1 of 2

# SETH KRETZER, ATTORNEY AT LAW
THE LYRIC CENTER
440 LOUISIANA STREET; SUITE 1440
HOUSTON, TX 77002

TELEPHONE (713) 775-3050                                      TELECOPIER (713) 929-2019
Seth@KretzerFirm.com                                           SKYPE: SETH.KRETZER

June 29, 2019

Hon. Judge David Godbey
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

      Re: *Robert Sparks v. Lorie Davis, Director, TDCJ*, 3:12-CV-469
      **\*\*DEATH PENALTY CASE\*\***

Dear Judge Godbey:

    I write to apprise the Court about our agenda regarding the impending execution of Mr. Sparks.

    By way of background, my CJA co-counsel and I were appointed by you in 2012. On June 25, 2019, we travelled to Dallas to attend a live hearing, at which Judge Gracie Lewis issued a death warrant scheduling Mr. Sparks for execution on **September 25, 2019.** My CJA co-counsel will soon visit with Mr. Sparks in the Polunsky Unit since the death warrant issued.

    The anticipated posture of this case going forward is this: We intend to file a timely petition for executive clemency in accordance with Chapter 143 of the Texas Administrative Code.

    Our problem is that the cert petition is still pending in the Supreme Court. Indeed, the State just asked for, and received, an extension on their opposition brief until July. We have no reason to think that the Supreme Court will rule until soon before the execution date they insisted on.

    In other words, while we usually would intend to thirty days in advance, file a State successor petition for habeas corpus relief pursuant to Texas Penal Code 11.073, the State's insistence on setting an execution date now has pretermitted our ability to do so. *See In Re Hearn*, 376 F.3d 447, 454 (5th Cir. 2004) ("Texas's habeas-abstention procedure—…bar[s] the filing of a state petition while a habeas writ was pending in federal court…". ).

    Regardless, at the same time that we file the state successor writ petition, I will deliver a copy to your office by e-filing, and copies the Court of Criminal Appeals, the Fifth Circuit death penalty clerk, and the Supreme Court death penalty clerk. My intent is to keep all courts informed so the courts and staff can prepare. If the situation changes, I will advise you and the other courts.

    Please let me know if there are any concerns or issues I need to address.

    Sincerely,

    *Seth Kretzer*

    Seth Kretzer

cc:    Ms. Ellen Stewart-Klein (*via e-filing*)
       Asst. Attorney General
       Mr. Jonathan Landers (*via email*)