U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 25 2019
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Dear Hon. Judge Godby,

How are you doing today sir? Hopefully well. I write to you today so I can have the Lawyers (Chad. Seth Kretzer & Co. Jonathan Landers) removed from my appeals going forward. There's been a conflict for a while with one lawyer telling me one thing and the other another. I've always state to both we I first received them as lawyers please don't lie or mislead me if you're not going to do something. And they have and its while I have been set a execution date for Sept. 25-19. Seth Kretzer wrote to you June 29.19 stated what direction his going forward with my case is executive clemency. Which was not what I was told the plan was back in early parts of this year when he came up to decuss the case.

Then Jonathan Landers visited July-11-19 telling me the direction going forward which includes filing under mental disabilities, trying to get a stay of execution. Having a doctor came up to do a IQ test. And here's lies the conflict because no matter what the Co Council say the Lead file what he want. And the only reason I had filed to get Seth Kretzer Removed before is because Co Council assured me he would do all the things we discussed. From the recent filing to the courts I do not believe that is a fact now. I'm asking that these Lawyers (Seth Kretzer & Jonathan Landers) be removed from my case and as of this date this letter was written file nothing else in my name.

Thank you for your time

Robert Sparks

#999542
Polunsky Unit
3872 FM 350 South
Livingston TX 77351

Robert Sparks #999542
Polunsky unit
3872 FM 350 South
Livingston TX 77351

NORTH HOUSTON TX 773
22 JUL 2019 PM 2 L

RECEIVED-3
JUL 25 2019

Hon. Judge David Godbey
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, TX 75242

Legal