UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **Robert Sparks,**<br>     **Petitioner,**<br><br>*v.*<br><br>**Lorie Davis,**<br>     **Director, TDCJ.** | 3:12-CV-469-N |

**ORDER**

Pending before the Court is Petitioner Sparks' opposed motion to stay the execution scheduled for September 25, 2019. This motion is well taken and is in all parts **GRANTED.**

SIGNED this \_\_\_\_ day of August, 2019.

_____
David Godbey, United States District Judge